E-FILED 09/20/2012
CLOSED

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO LAZARO and ANA LAZARO,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for BCAP LLC Trust 2007-AA2, a Securitized Trust; WELLS FARGO HOME MORTGAGE, a National Association; FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, L.L.C. f/k/a FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, a Texas Limited Liability Company; and ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS' TITLE, OR ANY CLOUD ON PLAINTIFFS' TITLE THERETO, and DOES 1 to 10, inclusive.<br><br>　　　　Defendants. | Case No.: 2:12-cv-02165-PSG-JCG<br><br>*Assigned To Hon. Judge Philip S. Gutierrez*<br><br>**JUDGMENT OF DISMISSAL OF DEFENDANTS** |

-1-
JUDGMENT OF DISMISSAL

On September 17, 2012, this Honorable Court granted, with prejudice, Defendants DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR BCAP LLC TRUST 2007-AA2; WELLS FARGO BANK, N.A. as successor by merger to WELLS FARGO HOME MORTGAGE (erroneously named herein as "Wells Fargo Home Mortgage, A National Association"); and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC f/k/a First American Loanstar Trustee Services, LLC'S Motion to Dismiss Plaintiffs FERNANDO LAZARO and ANA LAZARO'S entire First Amended Complaint.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a Judgment of Dismissal With Prejudice is entered in favor of Defendants, DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR BCAP LLC TRUST 2007-AA2; WELLS FARGO BANK, N.A. as successor by merger to WELLS FARGO HOME MORTGAGE; and FIRST AMERICAN TRUSTEE SERVICING SOLUTIONS, LLC f/k/a First American Loanstar Trustee Services, LLC, and against Plaintiffs FERNANDO LAZARO and ANA LAZARO.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Date: 9/19/12     PHILIP S. GUTIERREZ
Honorable U.S. District Court Judge